THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM DOUNG, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. C17-0343-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the status conference (Dkt. No. 10). The motion is GRANTED. The status conference set for June 13, 2017 is hereby VACATED. If this matter does not resolve by June 17, 2017, the parties are DIRECTED to submit a stipulated briefing schedule for consideration by the Court.

DATED this 8th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0343-JCC
PAGE - 1