THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM DOUNG, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP <br> AND IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. C17-0343-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set briefing schedule (Dkt. No. 12). The motion is GRANTED. Pursuant to the parties' stipulation, the briefing schedule shall be as follows:

| | |
|---|---|
| Deadline for Plaintiff's Opening Brief | August 10, 2017 |
| Deadline for Defendant's Response Brief | September 1, 2017 |
| Deadline for Plaintiff's Reply Brief | September 15, 2017 |

Accordingly, when Plaintiff files his opening brief, he shall designate a noting date of Friday, September 15, 2017.

1  DATED this 21st day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0343-JCC
PAGE - 2